ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Talion Construction, LLC | ) ASBCA No. 63201 |
| | ) |
| Under Contract No. N62473-16-D-5007 | ) |
| T.O. N62473-17-F-4214 | ) |

APPEARANCE FOR THE APPELLANT:　　　　Peter F. Lindborg, Esq.
　　　　　　　　　　　　　　　　　　　　　Lindborg & Mazor, LLP
　　　　　　　　　　　　　　　　　　　　　Glendale, CA

APPEARANCES FOR THE GOVERNMENT:　　Allison M. McDade, Esq.
　　　　　　　　　　　　　　　　　　　　　Navy Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　Sharon G. Hutchins, Esq.
　　　　　　　　　　　　　　　　　　　　Julie C. Ruggieri, Esq.
　　　　　　　　　　　　　　　　　　　　　Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $125,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: May 7, 2025

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63201, Appeal of Talion
Construction, LLC, rendered in conformance with the Board's Charter.

Dated: May 7, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals